

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-16-00173-CV

**IN RE** Stephen **KENNEDY**,
H.L. Polinard, Irene Polinard, Matthew Reynolds, and William Malcomson

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

On March 29, 2016, relators filed a petition for writ of mandamus and motion for temporary orders pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for temporary orders are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 7, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-10692, styled *Woodlawn Christian Church of San Antonio, Inc. v. James Paul Tisdel Jr., Carolyn Tisdel and George Alejos*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.